**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-CH2, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-CH2 | : No. 6 WAL 2017<br>:<br>: Petition for Allowance of Appeal from<br>: the Order of the Superior Court<br>:<br>: |
| v. | : |
| DAVID SCHRAVEN, KELLY SCHRAVEN, THE UNITED STATES OF AMERICA C/O THE UNITED STATES ATTORNEY FOR THE WESTERN DISTRICT OF PENNSYLVANIA | :<br>:<br>:<br>:<br>: |
| PETITION OF: DAVID SCHRAVEN AND KELLY SCHRAVEN | :<br>: |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.